DEACON MURPHY, JOHN McK. MINTON, JR., DEACON MUR-PHY, as liquidating partner of the firm of Edwards, Murphy and Minton, and Mark Townsend, complainants-appellants,

v.

WESTFIELD TRUST COMPANY and LOUIS LAWRENCE, as substituted administrators and executors of the estate of Marie D. Norton, deceased, et al., defendants-respondents.

[Argued October 27th, 1941.  Decided January 9th, 1942.]

*Mr. John Milton, Mr. Harry Lane* and *Messrs. Townsend & Doyle,* for the complainants-appellants.

*Mr. Martin P. O'Connor,* for Westfield Trust Company and Louis Lawrence, substituted administrators with the will annexed of Marie D. Norton, deceased, and Louis Lawrence, individually.

*Mr. Arthur R. Lewis,* for Stuart Norton Lawrence et al.

*Mr. William M. Beard,* for Westfield Trust Company, individually.

PER CURIAM.

The decree appealed from will be affirmed for the reasons expressed by Vice-Chancellor Stein, reported in *129 N. J. Eq. 389,* in so far as the same lead to the view that the contract sued upon did not comprehend the omission in Keller's

will to make final distribution of the two-fourths part of the *corpus* remaining over after the life estates of Josephine De Ronge and Annie Townsend Ashmore. Supporting citations on the proposition that in the distribution of personalty under *R. S. 3:26-6* and *R. S. 3:5-6 et seq.*, the half blood and the whole blood are on an equal footing are: *In re Peake, 115 N. J. Eq. 233; affirmed, 116 N. J. Eq. 565; Smith v. McDonald, 71 N. J. Eq. 261; In re Tantum, 97 N. J. Eq. 271; In re Bell, 99 N. J. Eq. 835.* For a review of the earlier authorities see *In re Zeek, 40 N. J. L. J. 297.*

We reserve opinion on the defense of *laches.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.